IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN HENRY ABEL,

        Petitioner,

   v.

DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS,

        Respondent.

No. C 10-05276 RS

**ORDER TO FILE STATUS REPORT**

    An Order to Show Cause issued in the above-captioned habeas corpus matter on November 17, 2011, directing petitioner to serve the Order upon respondent's counsel, and setting forth a schedule for briefing. Since that Order was filed more than six months have elapsed and nothing further has been filed, other than a letter from petitioner himself inquiring as to the status of this case. Because it remains unclear from the record whether respondent's counsel was ever served, <u>petitioner's counsel is hereby ordered to file a written status report, within 14 days of the date of this Order, describing his efforts to serve the order and proceed with this case in a timely manner</u>.

    IT IS SO ORDERED.

Dated: 6/20/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-05276 RS
ORDER