IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HENRY ABEL,<br><br>    Petitioner,<br><br>    v.<br><br>DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Respondent.<br>_____/ | No. C 10-05276 RS<br><br>**ORDER TO FILE STATUS REPORT** |

An Order to Show Cause issued in the above-captioned habeas corpus matter on November 17, 2011, directing petitioner to serve the Order upon respondent's counsel, and setting forth a schedule for briefing. Since that Order was filed more than six months have elapsed and nothing further has been filed, other than a letter from petitioner himself inquiring as to the status of this case. Because it remains unclear from the record whether respondent's counsel was ever served, petitioner's counsel is hereby ordered to file a written status report, within 14 days of the date of this Order, describing his efforts to serve the order and proceed with this case in a timely manner.

IT IS SO ORDERED.

Dated: 6/20/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-05276 RS
ORDER