STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS, A.P.L.C.
625 North First Street
San Jose, CA 95112
Telephone: (408) 292-0441
Fax: (408) 287-6550

Attorneys for Petitioner
JAMES HENRY ABEL

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY ABEL,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS<br><br>　　　　　Respondent.<br><br>　　　　　On Habeas Corpus<br>_____/<br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Real Party In Interest.<br>_____/ | Case No. CV-10-5276<br><br>***STIPULATION TO ALLOW RESPONDENT TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS*** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto that Respondent shall have up to and including sixty (60) days from today to file its answer to the Petition.

　　//

　　//

| | | |
|---|---|---|
| 1 | Dated: July 9, 2012 | LAW OFFICES PICONE & DEFILIPPIS |
| 2 | | |
| 3 | | By___See attached_____ |
| 4 | | STEVE M. DEFILIPPIS<br>Attorneys for Petitioner, |
| 5 | | JAMES HENRY ABEL |
| 6 | Dated: July 9, 2012 | OFFICE OF THE ATTORNEY GENERAL |
| 7 | | |
| 8 | | By:___See attached_____ |
| 9 | | JERRY ENGLER |
| 10 | | Attorneys for Respondent,<br>DIRECTOR, CALIFORNIA DEPARTMENT |
| 11 | | OF CORRECTIONS |
| 12 | IT IS SO ORDERED | |
| 13 | Dated: 7/9/12 | *[signature]* |
| 14 | | RICHARD SEEBORG |
| 15 | | UNITED STATES DISTRICT JUDGE |

Dated: 7/9/12

LAW OFFICES PICONE & DEFILIPPIS

By: _____
STEVE M. DEFILIPPIS
Attorneys for Petitioner,
JAMES HENRY ABEL

Dated: 7/9/2012

OFFICE OF THE ATTORNEY GENERAL

By: _____
GERALD A. ENGLER
Senior Assistant Attorney General
Attorneys for Respondent,
DIRECTOR, CALIFORNIA DEPARTMENT
OF CORRECTIONS

IT IS SO ORDERED

Dated: _____

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE