STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS, A.P.L.C.
625 North First Street
San Jose, CA 95112
Telephone: (408) 292-0441
Fax: (408) 287-6550

Attorneys for Petitioner
JAMES HENRY ABEL

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JAMES HENRY ABEL,

           Petitioner,

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS

      Respondent.

      On Habeas Corpus
_____/
PEOPLE OF THE STATE OF CALIFORNIA,

      Real Party In Interest.
_____/

Case No. CV-10-5276

*STIPULATION TO ALLOW
RESPONDENT TO FILE
ANSWER TO PETITION FOR
WRIT OF HABEAS CORPUS*

    IT IS HEREBY STIPULATED by and between the parties hereto that Respondent shall have up to and including sixty (60) days from today to file its answer to the Petition.

    //

    //

Dated: July 9, 2012                  LAW OFFICES PICONE & DEFILIPPIS


By___See attached_____
         STEVE M. DEFILIPPIS
         Attorneys for Petitioner,
         JAMES HENRY ABEL


Dated: July 9, 2012                  OFFICE OF THE ATTORNEY GENERAL


By:___See attached_____
         JERRY ENGLER
         Attorneys for Respondent,
         DIRECTOR, CALIFORNIA DEPARTMENT
         OF CORRECTIONS

IT IS SO ORDERED

Dated:  7/9/12 _____

_____
     RICHARD SEEBORG
     UNITED STATES DISTRICT JUDGE

Dated: 7/9/12

LAW OFFICES PICONE & DEFILIPPIS

By _____

STEVE M. DEFILIPPIS
Attorneys for Petitioner,
JAMES HENRY ABEL

Dated: 7/9/2012

OFFICE OF THE ATTORNEY GENERAL

By: _____

GERALD A. ENGLER
Senior Assistant Attorney General
Attorneys for Respondent,
DIRECTOR, CALIFORNIA DEPARTMENT
OF CORRECTIONS

IT IS SO ORDERED

Dated: _____

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE