STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS, A.P.L.C.
625 North First Street
San Jose, CA 95112
Telephone: (408) 292-0441
Fax: (408) 287-6550

Attorneys for Petitioner
JAMES HENRY ABEL

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY ABEL,<br><br>    Petitioner,<br><br>vs.<br><br>DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS<br><br>    Respondent.<br><br>    On Habeas Corpus<br>_____/<br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Real Party In Interest.<br>_____/ | Case No. CV-10-5276<br><br>***AMENDED STIPULATION TO ALLOW RESPONDENT TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS*** |

IT IS HEREBY STIPULATED by and between the parties hereto that Respondent shall have up to and including sixty (60) days from the date of this Order to file its answer to the Petition.

//

//

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 | Dated: July 9, 2012 | LAW OFFICES PICONE & DEFILIPPIS |
| 4 |   |   |
| 5 |   | By___See attached_____ |
|   |   | STEVE M. DEFILIPPIS |
| 6 |   | Attorneys for Petitioner, |
|   |   | JAMES HENRY ABEL |
| 7 |   |   |
| 8 | Dated: July 9, 2012 | OFFICE OF THE ATTORNEY GENERAL |
| 9 |   |   |
| 10 |   | By:___See attached_____ |
|   |   | JERRY ENGLER |
| 11 |   | Attorneys for Respondent, |
| 12 |   | DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS |
| 13 | IT IS SO ORDERED |   |
| 14 |   |   |
| 15 | Dated:_____ |   |
| 16 |   | _____ |
|   |   | RICHARD SEEBORG |
|   |   | UNITED STATES DISTRICT JUDGE |

Dated: 7/9/12

LAW OFFICES PICONE & DEFILIPPIS

By: _____
STEVE M. DEFILIPPIS
Attorneys for Petitioner,
JAMES HENRY ABEL

Dated: 7/9/2012

OFFICE OF THE ATTORNEY GENERAL

By: _____
GERALD A. ENGLER
Senior Assistant Attorney General
Attorneys for Respondent,
DIRECTOR, CALIFORNIA DEPARTMENT
OF CORRECTIONS

IT IS SO ORDERED

Dated: 7/9/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE