*E-Filed 7/8/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES HENRY ABEL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Respondent._____/ | No. C 10-5276 RS (PR)<br><br>**ORDER DENYING ISSUANCE OF A CERTIFICATE OF APPEALABILITY** |

The Court dismissed this federal habeas corpus action on March 27, 2013 pursuant to respondent's motion. A certificate of appealability will not issue. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED**.

DATED: July 8, 2013

　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge