*E-Filed 7/8/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAMES HENRY ABEL,

    Petitioner,

v.

DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

    Respondent.

No. C 10-5276 RS (PR)

**ORDER DENYING ISSUANCE OF A CERTIFICATE OF APPEALABILITY**

The Court dismissed this federal habeas corpus action on March 27, 2013 pursuant to respondent's motion. A certificate of appealability will not issue. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED**.

DATED: July 8, 2013

                    RICHARD SEEBORG
                  United States District Judge